United States District Court
Southern District of Texas
**ENTERED**
March 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BYHEART, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | 3:26-cv-69 |
| | § | |
| DAIRY FARMERS OF AMERICA, Inc., | § | |
| | § | |
| Defendant. | § | |

## **ORDER REFERRING CASE**

Pursuant to 28 U.S.C. § 636(b)(1)(a), all non-dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Andrew M. Edison for determination.

Pursuant to 28 U.S.C. § 636(b)(1)(b), all dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Andrew M. Edison for Report and Recommendation to this court.

All trial deadlines before this court remain in effect.

Signed on Galveston Island this 9th day of March, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE